UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HORNBEAK, | No. 2:18-cv-0142 DB |
| Plaintiff, | |
| v. | ORDER |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff brought this action seeking judicial review of a final administrative decision denying an application for Disability Insurance Benefits under Title II of the Social Security Act and for Supplement Security Income under Title XVI of the Act. On August 23, 2019, the court issued an order granting plaintiff's motion for summary judgment in part and remanding the matter for further proceedings.[1] (ECF No. 22.) Further administrative proceedings resulted in a favorable decision for plaintiff. (Pl.'s Mot. (ECF No. 29) at 2.)

On October 6, 2020, counsel for plaintiff filed a motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b). (ECF No. 29.) Plaintiff's motion seeks an award of $6,000. (Id. at 4.) Defendant filed a response, however, noting that plaintiff had already been awarded $6,500

---

[1] Both parties have previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (See ECF Nos. 6 & 9.)

1

in fees under the Equal Access to Justice Act ("EAJA").  (ECF No. 31 at 4.)  Thereafter, plaintiff filed a reply requesting "leave to amend the motion to $12,500."  (ECF No. 32 at 2.)

Plaintiff's request will be granted.  Plaintiff's amended motion shall be sure to clarify the amount requested and how that amount relates to the 25% statutory cap.  See Gisbrecht v. Barnhart, 535 U.S. 789, 802 (2002).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to file an amended motion is granted;

2. Counsel for plaintiff shall file an amended fee motion within twenty-eight days of the date of this order; and

3. Defendant may file an opposition or statement of non-opposition within fourteen days of the date of filing of plaintiff's amended fee motion.

Dated:  February 15, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\hornbeak0142.lta.ord

2